No. 99–1859. ROMERO v. LOPEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1860. BROWN v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 99–1861. KENDRICK v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–1862. KIPPS ET AL. v. CAILLIER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1863. BREAUX ET AL. v. CITY OF GARLAND ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1867. GREENE v. HACKETT, GENERAL SESSIONS COURT JUDGE OF SHELBY COUNTY, TENNESSEE, DIVISION II, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1869. WEST v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–1874. NAVEGAR, INC., DBA INTRATEC, ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–1875. ST. ROMAIN ET AL. v. SUPERIOR WELL SERVICE, INC. C. A. 5th Cir. Certiorari denied.

No. 99–1876. KOTERBA v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied.

No. 99–1877. LINDA W. ET AL. v. INDIANA DEPARTMENT OF EDUCATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1878. STRAND ET AL. v. MICHIGAN BELL TELEPHONE ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1881. KRAMER ET AL. v. PRICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1882. GEORGIA-PACIFIC CORP. v. UNITED STATES GYPSUM CO. ET AL. C. A. Fed. Cir. Certiorari denied.